# Disciplinary Action Routing Slip

Employee: Lisa Purtue

Employing Unit: DAI/DCI

Classification: Correctional Officer

FLSA Status: _____

Seniority Date: 10/7/2013

Prior Discipline & Date: None

☒ Permanent   ☐ Probationary End Date:
☐ Original  ☐ Promotional  ☐ Permissive

| Route To: | Requested Action | Date |
|---|---|---|
| HR Contact | Termination *[signature: Shauna Uecker]* | 5/10/16 |
| Appointing Authority | Termination – falsified documents – Lied @ interview / *[signature]* | 5/10/16 |

| Route To: | Comments | Date |
|---|---|---|
| ER – (Employment Relations) 5 days or greater or going to MAT/BPHR Director | Support Skip to term for falsifying records – Kelli R Brown | 5/11/16 |
| Division Administrator | Support skip to termination for the reason shown. *M.W.[?]* Approved by phone by J. Schwochert | 05-11-16 |
| MAT – (Management Advisory Team). Skipping progression, off-duty misconduct, protected status, ED 50, and terminations of permanent employees | Support termination for lying & falsifying documents which resulted in inmate being referred to LE for no reason. | |
| ODES Director: 5 days or greater | Support termination for Bier falsifying documents. *?.b[?]* | 5/12/16 <br> 5-12-16 |
| BPHR Director: 5 days or greater, all terminations (including all probations) | Support term *[signature: Lori Beier]* | 5/12/16 |
| Secretary's Office: Terminations from state service | Support termination Lying & falsifying documents | 5-13-16 |

Revised 10/2014

Return to: Employment Relations Specialist _____

**Exhibit 505 p. 001**

**Name:** Lisa Purtue
**Classification:** CO
**Seniority:** 10/7/13
**Prior Discipline:** na

**Issue:**
DCI requests a skip to termination for violation of WR 6.

**Background:**
On 4/11/16, CO Purtue reported she was struck in the midsection with a cardboard box by inmate JR. She indicated this transpired while passing medication to the inmate through the cell's food port. With the food port open, CO Purtue reported the inmate allegedly threw the cardboard box towards her and through the food port striking her in the midsection. She then closed the trap and took the inmate's actions as a refusal of medication. She completed an incident report and issued the inmate a conduct report for Assault on Employee, Disrespect, Disruptive Conduct; and Disobeying Orders. Based on Officer Purtue being struck by a cardboard box thrown by inmate Reddick, the incident was deemed a staff assault and assault notifications were made to the incident reporting group, assault reporting group, and to Dodge County Detective Dan Stiemsma.

On April 20, 2016, inmate JR was approved for video evidence to be provided during his major full due hearing regarding the incident. A video recording of the incident on April 11, 2016, was downloaded and shows inconsistencies with CO Purtue's reporting of the assault involving inmate JR. The empty cardboard box can be seen exiting the food port to CO Purtue's right side making no contact with her midsection.

On April 28, 2016, CO Purtue was interviewed regarding the reported assault on April 11, 2016. CO Purtue stated at the beginning of the interview she saw a box being thrown out of the cell and it struck her in the mid-section. She non-verbally referenced her entire mid-section. After being shown the video evidence and being asked if she saw evidence of the box hitting her, she stated that she felt something hit her. CO Purtue stated that she never saw anything hit her as was indicated in the beginning of her interview and documented in reports completed by her on April 11, 2016. She also vacillated between stating that the box hit her in the entire mid-section versus the right side of her mid-section. Based on video evidence and information gathered by CO Purtue during the investigatory interview, it does not appear CO Purtue was struck in the mid-section by an empty cardboard box as reported and documented by herself.

CO Purtue had falsified the incident report and conduct report regarding this incident.

**ER Recommendation:**
Supports a skip to termination for falsifying official documents.

Exhibit 505 p. 002

| Location | Year | Discipline | FirstName | LastName | WR | Description |
|---|---|---|---|---|---|---|
| RGCI | 2013 | Termination | Steven | Pettit | 6 | documented false information in CR; gave false information during investigation. |
| REGION 4 | 2015 | Termination | Mandy | Meitner | 6 | 500-15-140: Failed to provide truthful info and knew offender was in the community and not serving jail time. Failed to place offender in custody or staff with supervisor. Also falsified situation alert with this information. |
| REGION 1 | 2016 | Termination | Verla | Barnes | 6 | 500-16-014: Failed to provide truthful information on incident report in WICS and during interviews |

Exhibit 505 p. 003

MAT AGENDA
May 9 & 12, 2016

**Attendees:** Kelli, Kari, Tonja, Winn and Makda

✓ **CASES TO REVIEW:**

- Rosenberg – RCI, ED 50/progression


Rosenberg, Nicole - RCI - Written Reprim

Skip 1 level

- Hasse – CLS/LHS, negligence/termination


Hasse Kathleen 10 day.docx

Termination

- Meunier – CLS/LHS, negligence/termination


Meunier, Dustin - LHS - skip to 10 day.c

Termination

- Purtue – DCI, lying/termination

Termination

✓ WERC Discussions:

✓ Other

**Exhibit 505 p. 004**