# In the
# United States District Court
## For the
# Western District of Wisconsin

Lisa Purtue,

     Plaintiff,

     v.                         Case No. 18-cv-204

State of Wisconsin Department of Corrections,
and Joseph Falke, Shawna Uecker, Cheryl Eplett, William Pollard,
Jim Schwochert, Marc Clements, Kelli Brown,
Kari Beier, Tonja Hesselberg, Winn Collins,
Makda Fessahaye, and Cathy Jess,

     Defendants.

## PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OF THE DISTRICT COURT

The Plaintiff, Lisa Purtue, by her attorneys, the Jeff Scott Olson Law Firm, S.C.,

by Jeff Scott Olson, hereby appeals to the United States Court of Appeals for the

Seventh Circuit from the Judgment entered on August 16, 2019 (dkt. # 59), in favor of

the Defendants.

Dated this Wednesday, September 04, 2019.

Respectfully submitted,

Lisa Purtue,

Plaintiff,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone:       (608) 283-6001
Facsimile:   (608) 283-0945
E-mail:      jsolson@scofflaw.com

/s/ Jeff Scott Olson

_____

JEFF SCOTT OLSON

ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I hereby certify that on Wednesday, September 04, 2019, I electronically filed the foregoing

with the Clerk of the Court using the ECF system which will send notification of such filing

to the following:  Gesina Seiler Carson and Rachel L. Bachhuber, and I hereby certify that I

have mailed by United States Postal Service the document to the following non ECF

participants: none.

/s/Jeff Scott Olson

_____